

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00388-CV

| | | |
|---|---|---|
| BERNARDO ORTIZ, Appellant | § | On Appeal from the 348th District Court |
| | § | of Tarrant County (348-304897-18) |
| V. | § | September 30, 2021 |
| CARLOS RODRIGUEZ; GRAVES MF TX VICKERY, LLC; AND RUSH GRAVES, Appellees | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no reversible error in the trial court's order of dismissal and order denying appellant Bernardo Ortiz's motion to reinstate. It is ordered that the trial court's orders are affirmed.

It is further ordered that appellant Bernardo Ortiz shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By /s/ Brian Walker
    Justice Brian Walker